1  LINDA FULLERTON, Bar No. 83444
   PAUL FEUERWERKER, Bar No. 203616
2  Attorneys at Law
   54 Railroad Avenue
3  Pt. Richmond, CA 94801
   (510) 232-4000
4

5  Attorneys for Petitioner
   SALVADOR A. RODRIGUEZ
6

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11 SALVADOR A. RODRIGUEZ,
                                        No. C 04-2233 PJH
12              Petitioner,
                                        **REQUEST FOR CONTINUANCE**
13     v.                               **TO FILE AND SERVE**
                                        **SUPPLEMENTAL TRAVERSE**
14 DERRAL ADAMS, Warden,

15              Respondent.
                                    /
16

17     The Court ordered on April 26, 2007, that the Supplemental Briefing be filed by May 26,

18 2007.  Counsel for Petitioner requests an additional forty-five (45) days to file as counsel

19 inadvertently missed the Court's order.  Please see *Declaration of Linda Fullerton* attached

20 hereto.

21

22 Dated: May 31, 2007.                     Respectfully submitted,

23

24                                         _____
                                           LINDA FULLERTON
25                                         Attorney for Petitioner

26

27

28

                                  - 1 -

**DECLARATION OF LINDA FULLERTON
IN SUPPORT OF REQUEST FOR CONTINUANCE
TO FILE AND SERVE SUPPLEMENTAL TRAVERSE**

I, LINDA FULLERTON, declare:

I was appointed on March 14, 2007, to this case. Since appointment, I have spoken with several people involved at the trial court level, and have developed a few leads which I would like to finish investigating and then provide further briefing.

On March 27, 2007, in Contra Costa County Superior Court, the Honorable Richard Arnason presiding, I began a three-defendant jury trial that continued until May 16, 2007.

On May 19, 2007, I went on a pre-planned vacation and returned May 28, 2007.

On May 30, 2007, upon reviewing the electronic filings on some of my federal cases, I realized that I did receive the court's filing but somehow inadvertently overlooked it.

I genuinely apologize for my inadvertence, which was due to a backlog resulting in part from a two-month jury trial and a previously planned vacation, and respectfully request a forty-five (45) day continuance on filing Petitioner's Supplemental Traverse.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on May 31, 2007.

_____
LINDA FULLERTON

**ORDER**

Good cause showing,

IT IS HEREBY ORDERED that *Petitioner's Supplemental Traverse* shall be filed and served no later than forty-five (45) days from the date of this order.

Dated: 6/4/07

_____
PHYLLIS J. HAMILTON
United States District Judge

*[Stamp: IT IS SO ORDERED — Judge Phyllis J. Hamilton, United States District Court, Northern District of California]*

- 2 -