1  LINDA FULLERTON, Bar No. 83444
   PAUL FEUERWERKER, Bar No. 203616
2  Attorneys at Law
   54 Railroad Avenue
3  Pt. Richmond, CA 94801
   (510) 232-4000
4

5  Attorneys for Petitioner
   SALVADOR A. RODRIGUEZ
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 SALVADOR A. RODRIGUEZ,
                                         No. C 04-2233 PJH
12              Petitioner,
                                         **REQUEST FOR CONTINUANCE**
13      v.                               **TO FILE AND SERVE**
                                         **SUPPLEMENTAL TRAVERSE**
14 DERRAL ADAMS, Warden,                 AND ORDER

15              Respondent.
   _____/
16

17      The Court ordered on April 26, 2007, that the Supplemental Briefing be filed by May 26,

18 2007.  On or about May 31, 2007, Counsel for Petitioner requested an additional forty-five (45)

19 days to file as counsel inadvertently missed the Court's order.  Counsel is hereby requesting a

20 final continuance of an additional thirty (30) days to file the Supplemental Briefing  Please see

21 *Declaration of Linda Fullerton* attached hereto.

22

23 Dated: July 10, 2007.                    Respectfully submitted,

24

25                                         _____
                                           LINDA FULLERTON
26                                         Attorney for Petitioner

27

28

                            - 1 -

**DECLARATION OF LINDA FULLERTON
IN SUPPORT OF REQUEST FOR CONTINUANCE
TO FILE AND SERVE SUPPLEMENTAL TRAVERSE**

I, LINDA FULLERTON, declare:

I was appointed on March 14, 2007, to this case.

On or about May 31, 2007, a request for a continuance to file and serve Supplemental Traverse was made.

I am currently respectfully requesting a final continuance of an additional thirty (30) days to file and serve the Supplemental Traverse, for the following reasons: Because of the age of the case, it is taking additional time to locate some witnesses.

If I do not complete this investigation within 30 days, I will not ask for an additional continuance.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on July 10, 2007.

_____
LINDA FULLERTON

**ORDER**

Good cause showing,

IT IS HEREBY ORDERED that *Petitioner's Supplemental Traverse* shall be filed and served no later than thirty (30) days from the date of this order.

Dated: 7/24/07
_____.

_____
PHYLLIS J. HAMILTON
United

*IT IS SO ORDERED
Judge Phyllis J. Hamilton*

- 2 -