```
LINDA FULLERTON Bar No. 83444
PAUL FEUERWERKER Bar No. 203616
Attorneys at Law
54 Railroad Avenue
Pt. Richmond Ca 94801
510/232-4000
```

Attorney for Petitioner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**SALVADOR A. RODRIGUEZ,**

    **Petitioner,**

    vs.                                                                  No. C-04-2233PJH(PR)

**Warden, C.S.A.T.F,**

    **Respondents.**
_____/

**STIPULATION AND ORDER REGARDING ENLARGEMENT
OF TIME WITHIN WHICH TO FILE TRAVERSE**

The parties in the above-captioned action hereby stipulate that the time for filing Petitioner's Traverse, which is now due on or before August 16, 2007, may be extended to Sept. 17, 2007).

Dated: August 15, 2007                                   /S/_____
                                                                LINDA FULLERTON
                                                                Attorney for the Petitioner

Dated: August 15, 2007                                   /S/_____
                                                                 MOONA NANDI
                                                                Deputy Attorney General
                                                                Attorney for the Respondents

Good cause appearing therefor, it is hereby ordered that the time for filing Appellant's Traverse shall be and is extended to September 17, 2007.

Dated: __8/17/07_____                           _____
                                                  HON. PHYLLIS
                                                  United States Di
                   FINAL EXTENSION.

*IT IS SO ORDERED* /s/ Judge Phyllis J. Hamilton

Stip. & Order Extending Time for Traverse

## SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Dated: August 15, 2007 _____/S/_____
LINDA FULLERTON
Attorney for the Petitioner