UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALVADOR A. RODRIGUEZ,

    Petitioner,

    v.

DERRAL ADAMS, Warden,

    Respondent.
_____/

No. C 04-2233 PJH

**ORDER TO SHOW CAUSE**

Following the filing of petitioner Salvador Rodriguez's ("Rodriguez") September 17, 2007 supplemental traverse and request for an evidentiary hearing, on September 27, 2007, this court ordered respondent to file and serve a response or opposition to Rodriguez's request for an evidentiary hearing **no later than October 11, 2007.** To date, no response has been filed. Accordingly, respondent is ORDERED TO SHOW CAUSE regarding its failure to comply with this court's September 27, 2007 order. Respondent's response to this OSC is due no later than **November 1, 2007.**

**IT IS SO ORDERED.**

Dated: October 25, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge