EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
ROSS C. MOODY
Deputy Attorney General
MOONA NANDI
Deputy Attorney General
State Bar No. 168263
    455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102-7004
    Telephone: (415) 703-5962
    Fax: (415) 703-1234
    Email: moona.nandi@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SALVADOR A. RODRIGUEZ,<br><br>Petitioner,<br><br>v.<br><br>DERRAL ADAMS, Warden,<br><br>Respondent. | C 04-2233 PJH<br><br>**ORDER GRANTING<br>ENLARGEMENT OF TIME** |

GOOD CAUSE APPEARING, it is hereby ordered that respondent is granted an enlargement of time, to and including November 8, 2007, to file a response to petitioner's request for an evidentiary hearing and copies of the state court records requested in the Court's September 27, 2007, order.

DATED:  11/9/07

IT IS SO ORDERED

Judge Phyllis J. Hamilton

PHYLL_
United S_