UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALVADOR A. RODRIGUEZ,

    Petitioner,

    v.

DERRAL ADAMS, Warden,

    Respondent.
_____/

No. C 04-2233 PJH

**ORDER SETTING BRIEFING SCHEDULE RE: MOTION TO DISMISS**

On November 8, 2007, respondent filed a motion to dismiss petitioner Salvador Rodriguez's ("Rodriguez") habeas petition as unexhausted and untimely based on new claims Rodriguez asserted in his supplemental traverse. Rodriguez is ORDERED to file and serve his response/opposition to the motion to dismiss **no later than December 3, 2007.** Respondent may file and serve a reply, if any, **no later than December 10, 2007.**

**IT IS SO ORDERED.**

Dated: November 19, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge