1  LINDA FULLERTON, Bar No. 83444
   PAUL FEUERWERKER, Bar No. 203616
2  Attorneys at Law
   54 Railroad Avenue
3  Pt. Richmond, CA 94801
   (510) 232-4000
4

5  Attorneys for Petitioner
   SALVADOR A. RODRIGUEZ
6

7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10

11 SALVADOR A. RODRIGUEZ,
                                              No. C 04-2233 PJH
12              Petitioner,
                                              **REQUEST FOR CONTINUANCE
13      v.                                    TO FILE AND SERVE RESPONSE
                                              TO MOTION TO DISMISS**
14 DERRAL ADAMS, Warden,

15              Respondent.
                                        /
16

17      The Court ordered on November 19, 2007, that the response/opposition to the motion to

18 dismiss be filed and served no later than December 3, 2007.  Counsel is hereby requesting a

19 continuance to January 15, 2008, to file said response.  Please see *Declaration of Linda Fullerton*

20 attached hereto.

21

22 Dated: December 3, 2007.                    Respectfully submitted,

23

24                                             _____
                                               LINDA FULLERTON
25                                             Attorney for SALVADOR A. RODRIGUEZ

26

27

28

                                           - 1 -

**DECLARATION OF LINDA FULLERTON
IN SUPPORT OF REQUEST FOR CONTINUANCE
TO FILE AND SERVE RESPONSE TO MOTION TO DISMISS**

I, LINDA FULLERTON, declare:

I was appointed on March 14, 2007, to this case.

On or about November 19, 2007, the court ordered Salvador Rodriguez to file and serve his response/opposition to the motion to dismiss no later than December 3, 2007.

I am respectfully requesting a continuance, to January 15, 2008, to have said response filed and served, for the following reasons: I am not able to finish the response by the time allotted. I am on the trial calendar, starting December 3, 2007, for a two-week trial; in addition, I have trial set when that one concludes.

Therefore, I am respectfully requesting a continuance. I have spoken with Deputy Attorney General Moona Nandi and she has no objection to the extension of time.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on December 3, 2007.

_____
LINDA FULLERTON

**ORDER**

Good cause showing,

IT IS HEREBY ORDERED that time for filing and serving the response/opposition to the motion to dismiss be extended to January 15, 2008.   LAST CONTINUANCE.

Dated: 12/6/07

_____
PHYLLIS J. HAMILTON
United States District Judge

*IT IS SO ORDERED — Judge Phyllis J. Hamilton, United States District Court, Northern District of California*