UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALVADOR A. RODRIGUEZ,

    Petitioner,

    v.

DERRAL ADAMS, Warden,

    Respondent.
_____/

No. C 04-2233 PJH

**JUDGMENT**

Pursuant to the order granting Rodriguez's federal habeas petition under 28 U.S.C. § 2254 signed today, judgment is entered in favor of petitioner and against respondent. The state shall either initiate trial proceedings against petitioner or release him from custody within one hundred and twenty (120) days.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: June 1, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge