LINDA FULLERTON
PAUL FEUERWERKER
——— Attorneys at Law ———

54 Railroad Avenue, Point Richmond, California 94801
Tel: (510) 232-4000    Fax: (510) 237-2898

September 2, 2011

Honorable Phyllis J. Hamilton
Northern District Court of California
1301 Clay St. 3rd Floor
Oakland, Ca 94612

    Re: Salvador A. Rodriguez
    Docket: 4:04-CR-02233PJH

Dear Judge Hamilton:

I am in trial in Contra Costa County on People v Terraine Miller, Docket 05-100689-9. That trial is scheduled to conclude evidence the week of October 17, 2011. I had misunderstood Peggy Ruffra's information, and believed that the hearing was re-scheduled for November 14.

I have spoken with Ms. Ruffra, and we are both available from January 3 through January 13, 2012.

I would request a date during that period, or some other time that the Court would be available.

Thank you for your consideration on this matter.

    Sincerely,

    *Linda Fullerton*
    Linda Fullerton

EVIDENTIARY HEARING SET FOR FRIDAY
JANUARY 13, 2012 AT 9:00 A.M.



IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA