UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALVADOR A. RODRIGUEZ,

    Petitioner,

    v.

DERRAL ADAMS, Warden,

    Respondent.
_____/

No. C 04-2233 PJH

**ORDER**

The court has reviewed the parties' October 7, 2011 request to continue the January 13, 2012 evidentiary hearing. Based on that request, the court continues the evidentiary hearing to **Friday, February 17, 2012,** at 9:00 a.m. However, given the court's current trial schedule for that week, **the parties and Rodriguez's trial counsel, Pauline Weaver, are ORDERED to be available all day on February 17, 2012,** as it may be necessary to commence the hearing at 2:00 p.m. instead of 9:00 a.m. The court will notify the parties by Thursday, February 16, 2012, if that is the case.

**IT IS SO ORDERED.**

Dated: October 11, 2011

                                                _____
                                                PHYLLIS J. HAMILTON
                                                United States District Judge